On petition for review from the Court of Appeals filed July 31,* petition for review allowed, decision of Court of Appeals vacated, and case remanded to Court of Appeals for further consideration October 2, 1998

### STATE OF OREGON,
*Petitioner on Review,*

*v.*

### SHANNON ANTHONY LYONS,
*Respondent on Review.*

### (CC 94-10-37308; CA A89277; SC S45564)

964 P2d 1022

Timothy A. Sylwester, Assistant Attorney General, Salem, filed the petition for petitioner on review. With him on the petition were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

No appearance *contra*.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, Leeson, and Riggs, Justices.**

### MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fair*, 326 Or 485, 953 P2d 383 (1998).

---

\* Appeal from Multnomah County Circuit Court. William J. Keys, Judge. 145 Or App 164, 929 P2d 1015 (1996).

\*\* Kulongoski, J., did not participate in the consideration or decision of this case.